**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

**KAUFMAN DOLOWICH & VOLUCK, LLP**
BY   RICHARD J. PERR, ESQUIRE
     MONICA J. LITTMAN, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kdvlaw.com; mlittman@kdvlaw.com
Attorneys for Defendant Professional Finance Company, Inc.

_____

| | | |
|---|---|---|
| REMI ROHL, on behalf of herself and all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff(s), | : : | |
| v. | : | NO. |
| PROFESSIONAL FINANCE COMPANY, INC. and JOHN DOES 1-25, | : : : | |
| Defendant(s). | : : | |

_____

**NOTICE OF REMOVAL**

Defendant PROFESSIONAL FINANCE COMPANY, INC. ("Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. PROFESSIONAL FINANCE COMPANY, INC. is a defendant in an action pending in the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. MON-L-002821-21 ("the State Court Action"). A true and correct copy of the Amended Complaint in the State Court Action is attached hereto as Exhibit "1".

2. Plaintiff in the State Court Action is REMI ROHL ("Plaintiff"). See Exhibit "1".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*., Defendant may

properly remove the State Court Action to this Court based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after Defendant first received notice on August 25, 2021 of the filing of the original Complaint in the State Court Action. See Exhibit "5".

8. Defendant attaches to this Notice of Removal a copy of all process, pleadings, and other documents filed in the State Court Lawsuit hereto as follows:

    a. Exhibit 1 – Amended Complaint, Filed on September 21, 2021

    b. Exhibit 2 – Track Assignment, dated August 16, 2021

    c. Exhibit 3 – Motion to Correct Data, Filed August 19, 2021

    d. Exhibit 4 – Order to Correct Data Granted, Issued on September 13, 2021

    e. Exhibit 5 – Complaint, Filed on August 14, 2021; and

    f. Exhibit 6 – Superior Court of Monmouth County, New Jersey Docket for Docket No. MON L 002821-21.

9. Defendant is serving contemporaneously with this filing a copy of this Notice of Removal upon Plaintiff. Defendant will also file with the Superior Court of Monmouth County, New Jersey a Notice of Removal, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant PROFESSIONAL FINANCE COMPANY, INC., prays that the State Court Action be removed from the Superior Court of

New Jersey, Law Division, Monmouth County, Docket No. MON-L-002821-21, to this Court for proper and just determination.

                                         **KAUFMAN DOLOWICH & VOLUCK, LLP**

By:    */s/*    Richard J. Perr
            RICHARD J. PERR, ESQUIRE
            MONICA M. LITTMAN, ESQUIRE
            Four Penn Center
            1600 John F. Kennedy Blvd., Suite 1030
            Philadelphia, PA 19103
            Telephone: (215) 501-7002
            Facsimile: (215) 405-2973
            rperr@kdvlaw.com; mlittman@kdvlaw.com
            Attorneys for Defendant Professional Finance
            Company. Inc.

Dated: September 24, 2021

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing via first class mail, postage prepaid, and email on the following:

Joseph K. Jones, Esquire<br>
Jones, Chulsky & Kessler, LLC<br>
330 Mounts Corner Drive, Suite 417<br>
Freehold, NJ 07728<br>
jkj@legaljones.com<br>
Attorney for Plaintiff

/s/ Richard J. Perr
RICHARD J. PERR

Dated: September 24, 2021

4849-8711-6284, v. 1